March 6, 2006

US District Court
US District Judge
125 Bull Street
Savannah, Georgia 31401

Dear Sir:

I would like to proceed in In Forma Pauperis and complainant is Pro Se.
I would like to file a formal complaint against Donald Trump.
I have never met Donald Trump but I believe he has been in my room trying to have sexual relations with me. I believe Donald Trump Raped me on December 31, 2004. I believe him and others in his "CLUB" have retaliated on me for reporting suspicious activity to the Police. I believe him and Britney Spears have been raping me and torturing me. I believe Donald Trump and Britney Spears have some kind of Mob or some kind of sexual business like risky business going on and I believe they have conspired to force me to become a whore. I believe Donald Trump has knowing exploited me and my body. I believe Donald Trump has knowing Raped me and stolen from me. I believe Donald Trump was tricked into believing I caused him pain or a loss and it was not true. I have seen Donald Trump and Britney Spears in my room at night, making sexual gestures and terrorizing me. I believe because of jealously because I do not welcome sexual advances I have been a victim of Rape by Donald Trump. I have heard Donald Trump was losing his business and I was a target. I believe I have been in the center of one of his business transactions. I just heard Donald Trump and the President own me. Whatever that means, I believe they have conspired to make me a sex toy. I have heard that Donald Trump has stolen my sexual identity and copied it and has had me copied and had me on the television of one of his television shows and had me exploited in front of everyone. I have heard for the longest time, Donald Trump wanted to send me $10,000,000.00 to keep quiet and sleep with him and his son.
I'm suing Donald Trump for Rape, Sexual Assault, Invasion of Privacy, Harassment, Torture and Terrorizing, Conspired to Say someone was his son in order to get me to go along with having sex with someone. Cruel and Usual Punishment, Punitive Damages, Exploiting, Suppression of Evidence, Willful and Wanton Misconduct, Theft, Voyeur, Obstruction of Justice, Bribery, Sexual Advances, Negligence, Withholding Evidence, Abet, Accessory Before The Fact, Accessory After The Fact, Defamation of Character, Aforethought, Aggravated Assault, Intent to do Bodily Harm, Libel, Concealment, Conspiracy, False Representation, Extortion, Calumny,

Coerce, Concerted Action, Confidence Game, Grand Larceny, Colloquium, Corpus Delicti, Fraudulent Concealment, Derivative Tort, Discredit, Emotional Distress, Exemplary Damages, Mental Anguish, Moral Turpitude, Plagiarize, Ravishment, Robbery, Scienter, Sexual Harassment, Slander.

Thank You,

*Tonya M. Arledge*

Tonya M. Arledge
324 L'Arbre Road
Savannah, Georgia 31410
(912) 441- 1561

Tonya M. Arledge
Plaintiff
Case Number: CV406-061

### Certificate Of Service

I hereby certify that the foregoing correspondence has been hand delivered and filed in the United States District Courthouse on this date to:

US District Judge
125 Bull Street
Savannah, Georgia 31401
(912) 650-4020

*Tonya M. Arledge*

Tonya M. Arledge
324 L' Arbre Road
Savannah, Georgia 31410
(912) 441-1561